PRO SE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Yoon Sik Moon

        Plaintiff,

-against-

Daniel Lee,
Total Companies, LLC
John Doe

        Defendants.

CV 04 1839

COMPLAINT

"Jury Trial Demanded"

GARAUFIS, J.

BLOOM, M.J.



MAY - 4 2004

1. The Plaintiff, Yoon Sik Moon resides as below;

   1 West Columbia Avenue Apt. # 5
   Palisades Park, New Jersey 07650

2. The Defendant, Daniel Lee has an address as below;

   137-11 32 Avenue # CN
   Flusing, New York 11354

   And another Defendants, Total Companies is located as below;

   3600 Wilshire Boulevard, Third Floor
   Los Angeles, California 90010

3. The Defendant, Daniel Lee got the information on the phone about the building located at 78-14 Roosevelt Avenue, Unit E Jackson Heights, New York 11372 from the Plaintiff, Yoon Sik Moon, but the Defendant, Daniel Lee made a deal with another Defendants, Total Companies even if Total Companies have no real estate licenses at all. At that time, one of salesperson Joseph Park of Total Companies involved to deal with Daniel Lee. Even though the Plaintiff, Yoon Sik Moon asked to Daniel Lee not to make a deal with unlicensed Joseph Park, Daniel Lee refused to listen to the Plaintiff. It is illegal to deal with unlicensed person to sell property in New York State. Because Joseph Park said a lie to Daniel Lee that the Total Companies

have an exclusive agreement to sell the above property. So, the Plaintiff, Yoon Sik Moon asked to show the exclusive agreement and a copy of real estate license. But Joseph Park answered to the Plaintiff that this deal is "stock sale", so the Plaintiff asked to show the stock broker's license. They failed to show any stock broker nor real estate broker license at all. Later, Michael Fiorina sent a letter to the Plaintiff and stated that this deal was "loan sale" even if the title has transferred to Yellowstone Business, Inc. The meaning of loan sale is loan for discounted rate. One of employees of the Total Companies, Michael Fiorina has no knowledge at all in this business, so he answered that the deal was "loan sale". It is illegal to deal with unlicensed person. The Defendant, Daniel Lee is responsible for my real estate commission, because he made a deal with the Total Companies which has no real estate licenses at all, nobody has any real estate license in Total Companies. The Total Companies must have the real estate licenses in New York State to sell any properties in State of New York. As public can see their catalog of Total Companies "Total Companies is a full service real estate company, headquartered in Los Angeles, California, serving clients in North America and Asia." The Total Companies are selling real estate without real estate license, it is a felony. Please see EXHIBIT A", their catalog copy.

This is the reason why the Defendants are being sued: statement of claim. Another words, this is a statement of facts.

4. This claim has arisen because of diversity of citizenship. One defendant, Daniel Lee resides in Queens, New York State, another defendants, Total Companies is in Los Angeles, California State. And the property is located in State of New York, and so the claim rose in New York State. And the Plaintiff resides in State of New Jersey. The property was sold almost $6,000,000.00 and the real estate commission will be 5 % of $6,000,000.00; $300,000.00 Both of the Defendants deducted their commission from selling price of $6,000,000.00. Maybe, they cut the price a little, but not much. As the Plaintiff knows almost $6,000,000.00.

5. The Plaintiff, Yoon Sik Moon demand an order of $300,000.00 real estate commission for the favor of the Plaintiff; half from Daniel Lee and Half from Total Companies. And also, the Plaintiff asks an order not to sell any real estate property in North America without real estate license, because it is a felony. The Plaintiff urges not to sell without licenses from now, if the Total Companies refuse, then transfer this fact to Attorney General to prosecute criminally.

*[signature: Yoon-Sik Moon]*

PLAINTIFF
YOON SIK  MOON
1 West Columbia Avenue # 5
Palisades Park, N J 07650
Tel:(201)313-4710

Dated: April 22, 2004

*Total's Mission is to provide our Clients with cutting edge insights and tactical predictions of market trends utilizing best business practices.*

## Total Companies

Total Companies ("Total") is a full-service, real estate company, headquartered in Los Angeles, California, serving Clients in North America and Asia. Since its founding in 1979, Total has provided real estate expertise to individual investors, multi-national corporations and government agencies with offices in Los Angeles, New York, Seoul and Osaka.

Total is a recognized authority in the following real estate specialties:

- Asset Management
- Property & Facilities Management
- Management & Operations of Entertainment Facilities
- Commercial Real Estate Sales, Acquisitions and Leasing
- Special Asset Collections and Post-judgment Enforcement
- Foreclosures and Receiverships
- Real Estate Development (special projects)
- Architectural & Design Services
- Project Management
- Construction Supervision
- Specialized Training Programs
- Investment Consulting Services to Foreign Investors and Government Agencies

**Total's Mission** is to provide our Clients with cutting edge insights and tactical predictions of market trends utilizing best business practices.



2

"EXIBIT A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Total Companies
   3600 Wilshire Blvd, 3rd Fl.
   L.A., CA 90010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0001 2964 6663

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LOS ANGELES, CA 90010 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0749 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: WNV30 |
| Total Postage & Fees | $ 4.42 | 04/23/04 |

Sent To: Total Companies
Street, Apt. No.; or PO Box No.: 3600 Wilshire Blvd. 3rd Floor
City, State, ZIP+4: L.A., CA 90010

PS Form 3800, June 2002   See Reverse for Instructions

7003 3110 0001 2964 6663



**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LOS ANGELES, CA 90010

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VYNV30 |
| Total Postage & Fees | $ 4.42 | 04/23/04 |

Sent To: Total Companies
Street, Apt. No.; or PO Box No.: 3600 Wilshire Blvd., 3rd Floor
City, State, ZIP+4: L.A., CA 90010

PS Form 3800, June 2002           See Reverse for Instructions

7003 3110 0001 2964 6993

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

FLUSHING NY  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0749 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: VYNV30 |
| Total Postage & Fees | $ 4.42 | 04/23/04 |

Sent To: Mr. Daniel Lee
Street, Apt. No.; or PO Box No.: 137-11 32 Ave. #CN
City, State, ZIP+4: Flushing, NY 11354

PS Form 3800, June 2002           See Reverse for Instructions

7003 3110 0001 2964 6786