UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YOON SIK MOON,  JUDGMENT
 04-CV-1839 (NGG)
               Plaintiff,

-against-

DANIEL LEE, TOTAL COMPANIES, LLC,
and JOHN DOE,

               Defendants.
----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 1 7 2005 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 14, 2005, granting Total's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that Total's motion for summary judgment is granted.

Dated: Brooklyn, New York
       June 16, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court